MR. Ronald Lee Alexander SR.
#830441                    4F28B
Mark W. Stiles Unit
3060 Fm 3514
Beaumont, Tx 77705

12,025-02,03,04,
05,06,07,08

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

November 6, 2015

Re: Requesting all documents/writs/decision
filed in cause no# 779738 from the
176th Dist. court in Ronald L. Alexander


Honorable Clerk

I Am requesting the deposition and decisions in all writs
that was filed in this court under cause no# 779738 -
from the 176th District court Judge Brien Rains, in Harris
county - Houston, Texas.
                    Thanks for your Assistent!
                         Sincerely,

                         Ronal L. Alexander Sr
                    # 830441    Stiles unit